# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Freeman Industries, LLC, on behalf of itself
and all others similarly situated

vs

Arkansas Best Corp.; ABF Freight Systems, Inc.; Averitt Express; Con-Way, Inc.; Con-Way Freight, Inc.; FedEx Corp.; FedEx Freight Corp.; Jevic Transportation, Inc.; New England Motor Freight Inc.; Old Dominion Freight Line, Inc.; R+L Carriers Inc.; SAIA Inc.; SAIA Motor Freight Line LLC; United Parcel Service, Inc.; YRC Worldwide Inc.,

FILED
07 NOV -5 PM 4: 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

Case No.

'07 CV 2118 W (BLM)

TO: (Name and Address of Defendant)



YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY

Jason Hartley, Esq.
Ross Dixon & Bell, LLP
550 West B Street, Suite 400
San Diego, CA 92101
619-235-4040

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

NOV - 5 2007

W. Samuel Hamrick, Jr.
CLERK                                                            DATE

P. DE_____

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S