PAUL T. FRIEDMAN (CA SBN 98381)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
E-mail:  PFriedman@mofo.com

GREGORY B. KOLTUN (CA SBN 130454)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA  90013-1024
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454
E-mail:  GKoltun@mofo.com

Attorneys for Defendant UNITED PARCEL SERVICE, INC.
(Additional counsel appear on signature page.)

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN INDUSTRIES, LLC on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Arkansas Best Corp.; ABF Freight Systems, Inc.; Averitt Express; Con-Way, Inc.; Con-Way Freight, Inc.; FedEx Corp.; FedEx Freight Corp.; Jevic Transportation, Inc.; New England Motor Freight Inc.; Old Dominion Freight Line, Inc.; R+L Carriers Inc.; SAIA Inc.; SAIA Motor Freight Line LLC; United Parcel Service, Inc.; YRC Worldwide Inc.,<br><br>Defendants.<br><br>AND RELATED CASES LISTED HEREIN | **CASE NO. 07 CV 2118 W (BLM)**<br><br>**NOTICE OF RELATED CASES**<br><br>[Local Rule 40.1(e)]<br><br>This Action filed: November 11, 2007 |

1

CASE NO. 07 CV 2118 W (BLM)
NOTICE OF RELATED CASES

sf-2420592

**DEFENDANTS' NOTICE OF RELATED CASES**

Pursuant to Local Rule 40.1(e) of this Court, defendants submit this Notice of Related Cases. *All Related Cases are being considered for consolidation by the Judicial Panel on Multidistrict Litigation* ("JPML"). The purpose of this notice is to apprise the Court of the Related Cases in this and other federal courts.[1]

There are now 43 Related Cases pending in 14 different federal courts, listed below. These cases are related to this action in that they involve the same or many of the same defendants named in this action, involve the same or substantially the same alleged classes, allege the same or substantially similar claims, and present similar questions of fact and law.

Plaintiffs have filed motions for consolidation in South Carolina, the Southern District of California, the District of Columbia and Maine. Other plaintiffs have filed responses seeking transfer of all cases to New Jersey, the Eastern District of Pennsylvania and Alabama. Defendants are requesting that the JPML transfer the cases to the Northern District of Georgia. Including all motions, responses and reply briefs, more than 25 separate pleadings have been filed with the JPML on this issue. The JPML has set this matter for oral argument on November 29, 2007, in San Diego, California. Although many parties, including Defendants and Plaintiffs in this matter, disagree with respect to the appropriate MDL transferee district, all parties agree that assignment to a single judge by the JPML will result in significant savings of judicial effort and other economies.

---

[1] Rule 40.1(e) states, in relevant part, that "[w]henever counsel has reason to believe that a pending action or proceeding on file or about to be filed is related to another pending action or proceeding on file in this or any other federal or state court (whether pending, dismissed, or otherwise terminated), counsel shall promptly file and serve on all known parties to each related action or proceeding a notice of related case, stating the title, number and filing date of each action or proceeding believed to be related, together with a brief statement of their relationship and the reasons why assignment to a single district judge is or is not likely to effect a saving of judicial effort and other economies." Local Rule 40.1(e).

Set forth below is a list of the 43 Related Cases showing the caption, case number and filing date.

| # | TITLE & NUMBER | COURT | DATE FILED |
|---|---|---|---|
| 1 | *Farm Water Technological Services, Inc., d/b/a Water Tech. et al. v. Arkansas Best Corp., et al.*, No. 07-1389 | S.D. CA | 07/30/07 |
| 2 | *Global Wire, Inc., et al. v. Arkansas Best Corp., et al.*, No. 07-1192 | CT (New Haven) | 08/06/07 |
| 3 | *Inkjetsinc.com of Florida, Inc. v. Arkansas Best Corp., et al.*, No. 07-00518 | M.D. FL | 08/16/07 |
| 4 | *Berle Manufacturing Co., et al. v. Southern Motor Carriers Rate Conference, Inc., et al.*, No. 07-2923 | S.C. (Charleston) | 08/23/07 |
| 5 | *Computer Management International v. Arkansas Best Corp., et al.*, No. 07-2640 | N.D. OH | 08/30/07 |
| 6 | *Niagara Frontier Distribution, Inc. v. Arkansas Best Corp., et al.*, No. 07-1728 | S.D. CA | 08/31/07 |
| 7 | *Tex-Tech Industries, Inc. v. Arkansas Best Corp., et al.*, No. 07-00157 | ME (Portland) | 09/05/07 |
| 8 | *Lawrence F. Thompson d/b/a Top Floor Home Improvements v. Arkansas Best Corp., et al.*, No. 07-4271 | N.J. (Camden) | 09/06/07 |
| 9 | *Dad's Products Co. v. Arkansas Best Corp., et al.*, No. 07-1765 | S.D. CA | 09/07/07 |
| 10 | *C & L Trading of Miami, Inc. v. Arkansas Best Corp., et al.*, No. 07-1764 | S.D. CA | 09/07/07 |
| 11 | *Robert Rutkowski v. Arkansas Best Corp., et al.*, No. 07-4442 | N.J. (Camden) | 09/07/07 |
| 12 | *Rocket Motorcycles, Inc. v. Arkansas Best Corp., et al.*, No. 07-1780 | S.D. CA | 09/10/07 |
| 13 | *Barjan, LLC v. Arkansas Best Corp., et al.*, No. 07-0163 | ME (Portland) | 09/13/07 |
| 14 | *Isaac Industries, Inc. v. AAA Cooper Transportation, et al.*, No. 07-1638 | D.C. | 09/17/07 |
| 15 | *Slater/Marinoff & Co. v. Arkansas Best Corp., et al.*, No. 07-1812 | S.D. CA | 09/17/07 |
| 16 | *Millenium Homes Realty, LLC v. Arkansas Best Corp., et al.*, No. 07-3895 | E.D. PA | 09/19/07 |
| 17 | *PCM Company v. Arkansas Best Corp., et al.*, No. 07-4513 | N.J. (Camden) | 09/20/07 |
| 18 | *Andrea May v. United Parcel Service, Inc., et al.*, No. 07-1862 | S.D. CA | 09/24/07 |
| 19 | *D's Pet Supplies, Inc. v. Southern Motor Carriers Rate Conference, Inc., et al.*, No. 07-14022 | E.D. MI | 09/24/07 |

| # | TITLE & NUMBER | COURT | DATE FILED |
|---|---|---|---|
| 20 | *Brian Barnard's Flooring America, Inc. v. Southern Motor Carriers Rate Conference, Inc., et al.*, No. 07-2364 | N.D. GA | 09/27/07 |
| 21 | *Hitch-It, Inc. v. Arkansas Best Corp., et al.*, No. 07-1901 | S.D. CA | 09/28/07 |
| 22 | *Champion Parts, Inc. v. Arkansas Best Corp., et al.*, No. 07-4650 | N.J. (Camden) | 09/28/07 |
| 23 | *Polymerics, Inc. v. Arkansas Best Corp., et al.*, No. 07-1902 | S.D. CA | 09/28/07 |
| 24 | *The Classy Cook, d/b/a It's In The Kitchen, v. Arkansas Best Corp., et al.*, No. 07-4759 | N.J. (Camden) | 10/02/07 |
| 25 | *Mike Freeman Chevrolet-Buick, Inc. v. AAA Cooper Transportation, et al.*, No. 07-1817 | N.D. AL | 10/03/07 |
| 26 | *Don Walter Kitchen Distributors, Inc. v. Arkansas Best Corp., et al.*, No. 07-1939 | S.D. CA | 10/03/07 |
| 27 | *Atlantis Caribbean Chemical Corporation. v. AAA Cooper Transportation, et al.*, No. 07-1780 | D.C. | 10/03/07 |
| 28 | *Zaza, Inc. v. AAA Cooper Transportation, et al.*, No. 07-1803 | D.C. | 10/05/07 |
| 29 | *Alternative Rubber & Plastics, Inc. v. AAA Cooper Transportation, et al.*, No. 07-1827 | D.C. | 10/10/07 |
| 30 | *Casco Bay Imports, Inc. v. Arkansas Best Corp., et al.*, No. 07-0179 | ME (Portland) | 10/10/07 |
| 31 | *The Harman Press v. AAA Cooper Transportation, et al.*, No. 07-6792 | C.D. CA | 10/18/07 |
| 32 | *Nutex Manufacturing Co., LLC v. AAA Cooper Transportation, et al.*, No. 07-1886 | D.C. | 10/19/07 |
| 33 | *Thompson Trading Co. v. AAA Cooper Transportation, et al.*, No. 07-1885 | D.C. | 10/19/07 |
| 34 | *Pacific Coast Systems v. YRC Worldwide, Inc., et al.*, No. 07-5369 | N.D. CA | 10/19/07 |
| 35 | *BB Limited v. YRC Worldwide, Inc., et al.*, No.: 07-1920 | D.C. | 10/24/07 |
| 36 | *Kraft Chemical Company v. AAA Cooper Transportation, et al.*, No.: 07-0190 | ME (Portland) | 10/24/07 |
| 37 | *Soup Bases Loaded Inc. v. AAA Cooper Transportation, et al.*, No. 07-1411 | C.D. CA | 10/25/07 |
| 38 | *Precix, Inc. v. AAA Cooper Transportation, et al.*, No. 07-1926 | D.C. | 10/25/07 |
| 39 | *Ben Pearson Archery Co., Inc. v. AAA Cooper Transportation, et al.*, No. 07-1927 | D.C. | 10/25/07 |
| 40 | *Brewton Enterprises Inc. d/b/a Longleaf Lighter v. AAA Cooper Transportation, et al.*, No. 07-1937 | D.C. | 10/26/07 |

| # | TITLE & NUMBER | COURT | DATE FILED |
|---|---|---|---|
| 41 | *Alum-A-Lift v. Arkansas Best Corp., et al.*, No. 07-5555 | N.D. CA | 10/31/07 |
| 42 | *William R. Jaworski v. Arkansas Best Corp., et al.*, No. 07-2103 | S.D. CA | 11/02/07 |
| 43 | *Freeman Industries LLC v. Arkansas Best Corp., et al.*, No. 07-2118 | S.D. CA | 11/05/07 |

Respectfully submitted,

MORRISON & FOERSTER LLP
Paul T. Friedman
425 Market Street
San Francisco, CA 94105-2482

Dated: November 10, 2007

Gregory B. Koltun
555 West Fifth Street
Los Angeles, CA 90013-1024

By: s/Paul T. Friedman
         Paul T. Friedman

Attorneys for Defendant United Parcel Service, Inc., and signing on behalf of Defendants ABF Freight System, Inc., Arkansas Best Corporation, Averitt Express, Inc., Con-Way Inc., Con-Way Freight, Inc., FedEx Corporation, FedEx Freight Corporation, Jevic Transportation, Inc., New England Motor Freight Inc., Old Dominion Freight Line, Inc., R+L Carriers, Inc., SAIA, Inc., SAIA Motor Freight Line LLC, and YRC Worldwide Inc.

MAYER BROWN LLP
Richard J. Favretto
1909 K Street, N.W.
Washington, D.C. 20006-1101

John Nadolenco
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503

Attorneys for Defendants Arkansas Best Corp. and ABF Freight System, Inc.

LATHAM & WATKINS LLP
Margaret M. Zwisler
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Charles H. Samel
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071

MILLER & MARTIN PLLC
G. Brian Jackson
1200 One Nashville Place
150 Fourth Avenue
Nashville, TN 37219

Attorneys for Defendant Averitt Express, Inc.

| | | |
|---|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP<br>JOEL S. SANDERS<br>One Montgomery Street, Suite 3100<br>San Francisco, CA 94104<br><br>Attorneys for Defendants Con-Way Inc.<br>and Con-Way Freight, Inc. | SIDLEY AUSTIN LLP<br>Samuel R. Miller<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1715<br><br>Steven A. Ellis<br>Michelle B. Goodman<br>555 West Fifth Street<br>Los Angeles, CA 90013<br><br>Attorneys for Defendants FedEx Corp. and FedEx Freight Corp. |

MORGAN, LEWIS, & BOCKIUS, LLP
William P. Quinn, Jr.
Mark P. Edwards
1701 Market Street
Philadelphia, PA 19103

Attorneys for Defendant Jevic Transportation, Inc.

JONES DAY
Richard G. Stuhan
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Christopher R. Farrell
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Attorneys for Defendant New England Motor Freight, Inc.

INTERNATIONAL PRACTICE GROUP, P.C.
Guillermo Marrero
600 West Broadway, Suite 1520
San Diego, CA 92101

CLIFFORD CHANCE US LLP
LEIV H. BLAD
2001 K St., N.W.
Washington, DC 20006

Attorneys for Defendant Old Dominion Freight Line, Inc.

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
David B. Hall
1600 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

John G. Calender
Lincoln Square
555 Eleventh Street, N.W., Sixth Floor
Washington, D.C. 20004

Attorneys for Defendant R+L Carriers, Inc.

BRYAN CAVE LLP
W. Perry Brandt
One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, MO 64105-2100

Attorneys for Defendants SAIA, Inc. and SAIA Motor Freight Line LLC

HOWREY LLP
Robert G. Abrams
Sean Boland
Stephen Weissman
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

David G. Meyer
550 South Hope Street, Suite 1100
Los Angeles, CA 90071

Attorneys for Defendant YRC Worldwide Inc.