1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2007, the foregoing

**NOTICE OF RELATED CASES**

was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the persons on the attached Electronic Mail Notice List.

I certify under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on November 10, 2007.

By: _____
Nicholas S. Napolitan

1

sf-2421057

# Mailing Information for a Case 3:07-cv-02118-W-BLM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jason S Hartley**
  jhartley@rdblaw.com,tglover@rdblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)