

IN RE: LTL SHIPPING SERVICES ANTITRUST LITIGATION

MDL No. 1895

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On December 20, 2007, the Panel transferred 13 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William S. Duffey, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Duffey.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 20, 2007, and, with the consent of that court, assigned to the Honorable William S. Duffey, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION**                                                                  MDL No. 1895

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 6 07-1817 | Mike Freeman Chevrolet-Buick, Inc. v. AAA Cooper Transportation, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-6792 | The Harman Press v. AAA Cooper Transportation, et al. |
| CAC 5 07-1411 | Soup Bases Loaded, Inc. v. AAA Cooper Transportation, et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 07-5369 | Pacific Coast Systems v. YRC Worldwide, Inc., et al. |
| CAN 3 07-5757 | Douglas & Sturgess, Inc. v. Arkansas Best Corp., et al. |
| CAN 3 07-6276 | Fayus Inc. v. Arkansas Best Corp., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 07-1812 | Slater/Marinoff & Co. v. Arkansas Best Corp., et al. |
| CAS 3 07-1862 | Andrea May v. United Parcel Service, Inc., et al. |
| CAS 3 07-1901 | Hitch-It, Inc. v. Arkansas Best Corp., et al. |
| CAS 3 07-1902 | Polymerics Inc. v. Arkansas Best Corp., et al. |
| CAS 3 07-1939 | Don Walter Kitchen Distributors, Inc. v. Arkansas Best Corp., et al. |
| CAS 3 07-2103 | William R. Jaworski, etc. v. Arkansas Best Corp., et al. |
| CAS 3 07-2118 | Freeman Industries, LLC v. Arkansas Best Corp., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 07-1780 | Atlantis Caribbean Chemical Corp. v. AAA Cooper Transportation, et al. |
| DC 1 07-1803 | Zaza, Inc. v. AAA Cooper Transportation, et al. |
| DC 1 07-1827 | Alternative Rubber & Plastics, Inc. v. AAA Cooper Transportation, et al. |
| DC 1 07-1885 | Thompson Trading Co. v. AAA Cooper Transportation, et al. |
| DC 1 07-1886 | NuTex Manufacturing Co., LLC v. AAA Cooper Transportation, et al. |
| DC 1 07-1920 | BB Limited v. YRC Worldwide, Inc., et al. |
| DC 1 07-1926 | Precix, Inc. v. AAA Cooper Transportation, et al. |
| DC 1 07-1927 | Ben Pearson Archery Co., Inc. v. AAA Cooper Transportation, et al. |
| DC 1 07-1937 | Brewton Enterprises, Inc. v. AAA Cooper Transpiration, et al. |

## MDL No. 1895 - Schedule CTO-1 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MAINE** | |
| ME  2  07-179 | Casco Bay Imports, Inc., etc. v. Arkansas Best Corp., et al. |
| ME  2  07-190 | Kraft Chemical Co. v. AAA Cooper Transportation, et al. |
| ME  2  07-201 | M&J Communications, Inc. v. AAA Cooper Transportation, et al. |
| **MICHIGAN EASTERN** | |
| MIE  5  07-14022 | D's Pet Supplies, Inc. v. Southern Motor Carriers Rate Conference, Inc., et al. |
| **NEW JERSEY** | |
| NJ  1  07-4513 | PCM Co. v. Arkansas Best Corp., et al. |
| NJ  1  07-4650 | Champion Parts, Inc. v. Arkansas Best Corp., et al. |
| NJ  1  07-4759 | The Classy Cook, etc. v. Arkansas Best Corp., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  07-3895 | Millenium Homes Realty, LLC v. Arkansas Best Corp., et al. |
| **TENNESSEE MIDDLE** | |
| TNM  3  07-1123 | Shreeji International Market v. AAA Cooper Transportation, et al. |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
P.O. BOX 939
ATLANTA, GEORGIA 30264

**JAMES N. HATTEN**
CLERK OF COURT

CIVIL SECTION
404-215-1655

February 19, 2008

United States District Court
Southern District of California
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, California 92101

    Re:    Your Case Nos. 3;07-1812, 3:07-1862, 3:07-1901, 3:07-1902, 3:07-1939, 3:07-2103, and 3:07-2118; also 3:07-2161, 3:07-2162, and 3:07-2166

Dear Sir.Madam:

    Enclosed please find a certified copy of two orders from the MDL Panel regarding the above-referenced cases.

    Pursuant to the MDL order, please forward these files to our office. You may send them electronically through the ECF system. If your Court is not currently using the electronic system, you may send the files in paper for inclusion in MDL #1895.

    Thank you for your attention to this matter. If you have any questions or comments, please feel free to contact me at the phone number listed on this correspondence.

    Sincerely,

    James N. Hatten
    Clerk of Court

    By: Karen Thornton
    Deputy Clerk

Enclosures